# **EXHIBIT A**

Hello
Select your address | All | B00nn07IMW | Hello, sign in Account & Lists | Returns & Orders | 0

All  Back to School  Off to College  Best Sellers  Amazon Basics  Customer Service

**Prime Thursday Night Football** 54:03:59

Health & Personal Care  Household Supplies  Vitamins & Diet Supplements  Baby & Child Care  Health Care  Sports Nutrition  Sexual Wellness

93,173

Health & Household › Oral Care › Toothbrushes & Accessories › Powered Toothbrushes & Accessories › Toothbrush Replacement Heads

Sponsored



Share

Roll over image to zoom in

**Brushmo Replacement Toothbrush Heads Compatible with Sonicare Electric Toothbrush 8 Pack**

Visit the Brushmo Store
24,159 ratings | 920 answered questions

Amazon's Choice for "replacement t…

List Price: $29.95 Details
With Deal: **$14.71** ($1.84 / Count) Get **Fast, Free Shipping** with Amazon Prime
You Save: $15.24 (51%)

Get $50 off instantly: Pay $0.00 $14.71 upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| **Brand** | Brushmo |
| **Color** | Standard |
| **Size** | 8 Count (Pack of 1) |
| **Material** | Nylon |
| **Item Firmness Description** | Soft |

**About this item**
- EFFECTIVE GUM HEALTH IMPROVE: Our standard toothbrush heads are proven to reduce gingivitis much better than a manual toothbrush.
- HIGH COMPATIBILITY: Snap-on system fits 2 Series Plaque Control, 3 Series Gum Health, DiamondClean, EasyClean, FlexCare, FlexCare+, FlexCare Platinum. HealthyWhite and HydroClean Brush Handles.
- 8 PACK INCLUDES: 8 Plaque Removal Replacement heads.
- Our toothbrush heads are made at the high health and safety standard of oral hygiene technology.
- REMINDER BRISTLES: blue reminder bristles will fade when a

**One-time purchase:**
$14.71 ($1.84 / Count)
FREE delivery: **Monday, Sep 19** on orders over $25.00 shipped by Amazon.
Ships from: Amazon
Sold by: Brushmo Official

**Subscribe & Save:**
  5%   10%
$13.97 ($1.75 / Count)
Save 5% now and up to 10% on repeat deliveries.
• No fees
• Cancel anytime
Learn more
**Get it Monday, Sep 19**
**In Stock.**

Qty: 1

Deliver every:
6 months (Most common)

**Set Up Now**

Auto-deliveries sold by Brushmo Official and Fulfilled by Amazon

Add to List

Have one to sell?
Sell on Amazon

10% off coupon

Futulkyus Toothbrush Replacement…
2,880
$16 95 ✓prime

Sponsored

replacement is needed, usually three months.

### Additional Details

**Small Business**
This product is from a small business brand. Support small.

Compare with similar items

### Consider a similar item

Amazon's **Choice** 

Aster Replacement Toothbrush Heads - 16 Pack, Compatible with Oral-B Braun Professional Electric Precision Clean Brush Heads Refill for 7000/Pro 1000/9600/ 5000/3000/8000
**16 Count (Pack of 1)**
(9758)
$12.99 ($0.81/Count)
🌿 Climate Pledge Friendly

Sponsored

## Frequently bought together



Total price: $89.65

[Add all three to Cart]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** Brushmo Replacement Toothbrush Heads Compatible with Sonicare Electric Toothbrush 8 Pack  $14.71 ($1.84/Count)
☑ Philips Sonicare 4100 Power Toothbrush, Rechargeable Electric Toothbrush with Pressure Sensor, White HX3681/23  $49.97 ($49.97/Count)
☑ Philips Sonicare 1100 Power Toothbrush, Rechargeable Electric Toothbrush, White Grey HX3641/02  $24.97 ($24.97/Count)

### 4 stars and above

Sponsored ⓘ



Compatible with Sonicare® ONLY- Three Headed Replacement Toothbrush Heads…

743

$25.00 ($25.00/Count)



Replacement Heads Compatible with Philips Sonicare 10 Pack, MRYUESG Electric…

1,999

$17.99 ($1.80/Count)

Save 12% with coupon

OralClass Replacement Toothbrush Heads for Philips Sonicare, Medium to Soft Electri…

237

$11.47 ($1.43/Count)



BrightDeal Replacement Heads for Philips Sonicare ProtectiveClean 4100 5100 6100 Di…

448

$18.59 ($3.10/Count)



Replacement Toothbrush Heads Compatible with Philips Sonicare: Electric Brush Heads…

1,547

$16.95 ($1.70/Count)

Save 8% with coupon

## WARNING:

CHOKING HAZARD -- Children under 8 yrs. can choke or suffocate on uninflated or broken balloons. Adult supervision required. Keep uninflated balloons from children. Discard broken balloons at once.

## Product Description

### Brushmo Official

**Brushmo believes that bright smiles are a right, not a luxury. Our toothbrushes combine the latest research with the best design, materials, and manufacturing to leave your mouth perfectly clean.**

### DuPont

Our toothbrushes are made with DuPont filaments, which for more than 70 years, has been recognized as the apex of quality in the oral care synthetic filament industry.

### End-Rounded bristles

End-rounded nylon bristles provide important benefits for toothbrushes when cleaning soft tissue. With end-rounded bristles, plaque on tooth surfaces can be effectively removed while providing holistic care to both the teeth and gums.

### High band recovery

Bend recovery is the ability of a material to return to its original shape after deformation. Brushmo toothbrush filaments enjoy a high level of bend recovery.

### A brush head that fits multiple handles

Snap-on system designed for 2 Series Plaque Control, 3 Series Gum Health, DiamondClean, FlexCare, FlexCare+, FlexCare Platinum, HealthyWhite, EasyClean, Powerup, HydroClean.

### Whiter teeth with regular brushing

Brushing at least twice a day will help to keep dental biofilm from developing on your teeth, enhancing the natural whiteness of your teeth.

### Covers more tooth surface

Designed for optimal cleaning of teeth and improvement in gum health.

### Reminder bristles

When the time comes to change your brush head. Our indicator bristles will fade so as to let you know.

### Easy installation

Simple, Snap-on installation.

9/13/22, 11:56 AM  Amazon.com: Brushmo Replacement Toothbrush Heads Compatible with Sonicare electric Toothbrush heads : Health & House…

Case 3:22-cv-00623-MHL   Document 1-1   Filed 09/13/22   Page 5 of 12 PageID# 20



| | Brushmo BM928 | Brushmo BM668 | Brushmo BM668BK | Brushmo BM938 | Brushmo BM628 | Brushmo BM618 |
|---|---|---|---|---|---|---|
| Consumer Benefit | Superior Plaque Control | Advanced Whitening | Advanced Whitening | Optimal Gum Health | Compact Brush Head | Deep Clean |
| Product Feature | Effectively remove plaque and tartar accumulated on teeth surfaces | Diamond shine bristles effectively remove stain on teeth surfaces for a brighter smile | Diamond shine bristles effectively remove stain on teeth surfaces for a brighter smile | Soft bristles for sensitive teeth and gums | Easily focuses on unapproachable teeth & gum areas, for smaller mouths and people with braces. | Curved designed surface provides exceptional cleaning deep between teeth surfaces and gums |
| Pack Size | 8 pack | 8 pack | 8 pack | 8 pack | 8 pack | 8 pack |
| Type | Full | Full | Full | Full | Compact | Standard |
| Bristle Softness | Medium | Medium to hard | Medium to hard | Medium to Soft | Medium | Medium |
| Snap-on System | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Screw-on System | | | | | | |
| Sonicare DiamondClean/ 2 Series Plaque Control/ Sonicare 3 Series Gum Health/ EasyClean | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| FlexCare/ FlexCare+/ FlexCare Plantinum/ HealthyWhite/ HydroClean Handles | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Advance/ CleanCare/ Elite/ Essence/ Xtreme Handles | | | | | | |

## Product details

**Is Discontinued By Manufacturer :** No

**Product Dimensions :** 8.5 x 3.5 x 1 inches; 2.6 Ounces

**Item model number :** 858431005084

**Date First Available :** September 17, 2014

**Manufacturer :** Brushmo

**ASIN :** B00NN07IMW

**Best Sellers Rank:** #730 in Health & Household (See Top 100 in Health & Household)
#7 in Electric Toothbrush Replacement Brush Heads

**Customer Reviews:**
24,159 ratings

9/13/22, 11:56 AM    Amazon.com: Brushmo Replacement Toothbrush Heads Compatible with Sonicare Electric Toothbrush 8 Pack : Health & House…

Case 3:22-cv-00623-MHL    Document 1-1    Filed 09/13/22    Page 6 of 12 PageID# 21

## Compare with similar items

| | This item Brushmo Replacement Toothbrush Heads Compatible with Sonicare Electric Toothbrush 8 Pack | OOAK V++Arc Replacement Brush Head for Electric Toothbrush, Coral, 2 Count | Ooak V++Arc Replacement Brush Head for Electric Toothbrush, 2count - Black | Ooak V++Arc Replacement Brush Head for Electric Toothbrush, 2count - White |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (24159) | (14) | (14) | (14) |
| Price | $14⁷¹ | $9⁸⁹ | $8⁷⁹ | $8⁷⁹ |
| Shipping | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with Amazon Prime | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with Amazon Prime | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with Amazon Prime | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with Amazon Prime |
| Sold By | Brushmo Official | Amazon.com | Amazon.com | Amazon.com |
| Brand Name | Brushmo | OOAK | OOAK | OOAK |
| Color | Standard | Coral | Black | White |
| Item Firmness Description | Soft | Soft | Soft | Soft |
| Material | Nylon | — | — | — |
| Number of Pieces | 8 | — | — | — |
| Size | 8 Count (Pack of 1) | — | — | 2 Pack |

## Videos

### Videos for this product



2:40 Good Set Of Soft Replacement Brush Heads For Sonicare — No Shame Income

1:28 Budget Friendly Electric Toothbrush Heads That Work Great — Kelsey Simas // Strawberry Blonde …

0:08 Recommend — jmn27

Customer … know yo… — Jerry Sein…

Upload your video

## Important information

### Ingredients

1

## Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Products related to this item

Sponsored ⓘ


Replacement Heads Compatible with Philips Sonicare 10 Pack, 5 White + 5 Black, MRYU...
18
**$16.99** ($1.70/Count)


Guhiwuk Replacement Toothbrush Heads for Philips Sonicare: Electric Toothbrush Repl...
737
Limited time deal
**$13.56** ($1.36/Count)
List: $20.99 (35% off)

MRYUESG Toothbrush Replacement Heads Compatible with Philips Sonicare, 10 Pack, Ele...
1,999
**$17.99** ($1.80/Count)


Replacement Toothbrush Heads Compatible with Philips Sonicare: Electric Brush Heads...
1,547
**$16.95** ($1.70/Count)


Philips Sonicare Genuine Replacement Toothbrush Heads Variety Pack, C3 Premium Plaq...
5,268
**$36.99** ($12.33/Count)

---



Futulkyus Toothbrush Replacement Heads for Philips Sonicare ProtectiveClean DailyClean Electric...
2,880
$**16**^95 ✓prime
10% off coupon

Sponsored

## Customer questions & answers

See questions and answers ›

9/13/22, 11:56 AM Amazon.com: Brushmo Replacement Toothbrush Heads Compatible with Sonicare electric Toothbrush (8 Pack): Health & House...

Case 3:22-cv-00623-MHL Document 1-1 Filed 09/13/22 Page 8 of 12 PageID# 28

## Customer reviews

4.4 out of 5

24,159 global ratings

| | | |
|---|---|---|
| 5 star | | 69% |
| 4 star | | 17% |
| 3 star | | 6% |
| 2 star | | 2% |
| 1 star | | 6% |

How customer reviews and ratings work

### Reviews with images






See all customer images

Top reviews

### Top reviews from the United States

 E. Eason

**Best brush head yet!**

Reviewed in the United States on September 3, 2022

Verified Purchase

These are really comfortable to use due to the design of the bristles that puts a gentle protrusion or rise of bristles near the front. This ideal design makes it easier to clean the insides of front teeth and generally is a great improvement over SonicCare's overpriced brush heads. In my opinion, the brush filaments have just the right firmness — not too hard and not too soft. Will continue to buy these in a heartbeat.

Helpful    Report abuse

 S. D.

**Great find**

Reviewed in the United States on August 30, 2022

Verified Purchase

I have been looking to replace thebristles on my toothbrush. Thebrand name ones were so expensive and you only received one or two. I purchased these on a whim, but I'm glad I did. They fit very well seeing as I have the older model, and I got so many. The bristles are great, not hard like some other brands. I will buy again and recommend them if they fit your model. I am happy with the purchase.

2 people found this helpful

Helpful    Report abuse

 Barah Gardner

**Great for the price**

Reviewed in the United States on August 28, 2022

Verified Purchase

They don't fit perfectly and you really and to push to get it on the toothbrush handle but honestly for the price, worth every penny!

One person found this helpful

Helpful    Report abuse

 Lonnie C.

**A great replacement choice…I think.**

Reviewed in the United States on August 16, 2022

Verified Purchase

Up until recently I had no issues with the replacement heads, I have had no issues. Unfortunately I think my brush handle is beginning to meet its death so the cleaning ability of the replacement heads has diminished. Again, otherwise no complaints!

Helpful     Report abuse

J C from Norwalk

**Yeah**
Reviewed in the United States on September 6, 2022
**Verified Purchase**
It wasn't te worst purchase I've made.

Helpful     Report abuse

Daniel Barreto

**Not as good as the original**
Reviewed in the United States on August 7, 2022
**Verified Purchase**
Listen for the price you can't complain but they aren't as good as the official ones from Philips. However they are fine for the price and do their job. My only complain is it feels like it's looser compared to the original. Like the Philips ones do a better job at carrying the vibrations.

One person found this helpful

Helpful     Report abuse

JBVette2003

**Cost effective replacement toothbrush for the Sonic electric toothbrush system.**
Reviewed in the United States on September 9, 2022
**Verified Purchase**
This is a very cost effective replacement for the original sonic toothbrush heads.

Helpful     Report abuse

Bruce Batman

**They work**
Reviewed in the United States on September 4, 2022
**Verified Purchase**
The title pretty much sums it up. Great value for sure. Much cheaper than buying name brand.

One person found this helpful

Helpful     Report abuse

See all reviews

## Top reviews from other countries

Translate all reviews to English

Mik38

**verletzt mein Zahnfleisch außerdem made in china**
Reviewed in Germany on June 21, 2022
**Verified Purchase**
Ich nutze sonst nur die Bürsten von ebay aber wollte mal aufgrund der guen Bewertungen das Produkt ausprobieren.
Auf den ersten Blick ist alles ok, aber ich habe beim Ersten Putzen gleich gemerkt das mein Zahnfleisch angegriuffen wird und blutet, was ich sonst nie habe.
Ich dachte ich gewöhne mich noch dran, aber dabei hab ich auhc gemerkt wie die Borsten

auseinander gehen nach wenigen Tagen, daher kann auch nur eine schlechte Bewertung für die Langlebigkeit geben und das ich Verletzungen davon getragen habe.
Keine Empfehlung.

One person found this helpful

Report abuse

[Translate review to English](#)

Manuel

### Einmal benutzt und kaputt. Ist in mehrere Teile gefallen und damit unbrauchbar

Reviewed in Germany on June 14, 2022

**Verified Purchase**

2 people found this helpful

Report abuse

[Translate review to English](#)

Bernd

### Wie beschrieben

Reviewed in Germany on August 10, 2022

**Verified Purchase**

Ersatz wie beschrieben

Report abuse

[Translate review to English](#)

doug morris

### They are not compatible with the Philips sonicare tooth brush

Reviewed in Canada on August 25, 2022

**Verified Purchase**

Was not compatible with the sonicare tooth brush

Report abuse

Ralf Sczepan

### Super weich und preiswert

Reviewed in Germany on September 11, 2022

**Vine Customer Review of Free Product** ( What's this? )

Zuerst: sie passen und sie funktionieren bei meinem Sonic Sonicare.

Dann: sie sind sehr weich, doch das ist vielleicht auch gut so.

Sie sind in der Form einfach gehalten ohne weitere Raffinessen.

Sie sind weiß. Mein Sonicare ist schwarz, für Ästheten ist das ein Problem, für die Funktion nicht.

Sie sind sehr preiswert.

Report abuse

[Translate review to English](#)

See all reviews ›

Save 5%

Futulkyus Kids Replacement Brush Heads for Philips Sonicare: Electric Soft…

$13.28 $13.98 ✓prime

Subscribe & Save

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders |
| Sustainability | Become an Affiliate | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Become a Delivery Driver | Shop with Points | Amazon Prime |
| Investor Relations | Start a package delivery business | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | | Reload Your Balance | |
| Amazon Science | Advertise Your Products | Amazon Currency Converter | Manage Your Content and Devices |
| | Self-Publish with Us | | Your Recalls and Product Safety Alerts |
| | Host an Amazon Hub | | Amazon Assistant |
| | › See More Ways to Make Money | | Help |

| English | United States |
|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract,<br>and<br>engage<br>customers | Amazon<br>Drive<br>Cloud<br>storage<br>from<br>Amazon | 6pm<br>Score deals<br>on fashion<br>brands | AbeBooks<br>Books, art<br>&<br>collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon<br>Business<br>Everything<br>For<br>Your Business | Amazon<br>Fresh<br>Groceries &<br>More<br>Right To<br>Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home<br>Services<br>Experienced<br>Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web<br>Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Listen to Books &<br>Original<br>Audio Performances | Book<br>Depository<br>Books With<br>Free<br>Delivery<br>Worldwide | Box Office<br>Mojo<br>Find Movie<br>Box Office<br>Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals<br>Need | Kindle<br>Direct<br>Publishing<br>Indie<br>Digital &<br>Print<br>Publishing<br>Made Easy | Amazon<br>Photos<br>Unlimited<br>Photo Storage<br>Free With Prime | Prime<br>Video<br>Direct<br>Video<br>Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products |
| Whole Foods Market<br>America's Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K<br>Video<br>in Every<br>Room | Blink<br>Smart Security<br>for Every Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts |
| | Amazon<br>Subscription<br>Boxes<br>Top<br>subscription<br>boxes – right<br>to your door | PillPack<br>Pharmacy<br>Simplified | Amazon<br>Renewed<br>Like-new<br>products<br>you can<br>trust | | | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2022, Amazon.com, Inc. or its affiliates